195 P.3d 219

# SUPREME COURT OF HAWAI'I

September 8; 2008

| 27177 | State v. Reinhart | Reversed |